DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUDOLPH WOODS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-451

[August 25, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 04-17046 CF10A.

Daniel Tibbitt of Daniel J. Tibbitt P.A., North Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***